# United States Bankruptcy Court
## Central District of California

Los Angeles

Judge Peter Carroll, Presiding

Courtroom 1539 Calendar

Tuesday, January 11, 2011                                                                 Hearing Room  1539

9:30 am

**2:09-28037**   **Alliance Bancshares California**                                          **Chapter 7**

**#5.00**   Hearing
RE: [63] Motion for Order to Deposit Tax Refunds Into Segregated Account

Docket #:   63

**Matter Notes:**

- NONE LISTED -

*Denied*

**Tentative Ruling:**

None.

### Party Information

Debtor(s):

Alliance Bancshares California                           Represented By

Rodger M Landau

Movant(s):

FDIC as Receiver for Alliance Bank                       Represented By

Joshua D Wayser

Trustee(s):

David A Gill (TR)                                        Represented By

Neeta Menon

*Joshua Wayser  FDIC*
*G. Klausner,  D. Gill,*
*Trustee*